No. 12, October Term, 1960. COMMUNIST PARTY OF THE UNITED STATES *v.* SUBVERSIVE ACTIVITIES CONTROL BOARD, 367 U. S. 1. The motion for issuance of mandate in addition to certified copy of judgment is granted. Petition for rehearing denied.

No. 180, October Term, 1960. PAYNE *v.* MADIGAN, WARDEN, 366 U. S. 761; and

No. 184, October Term, 1960. YOUNG *v.* UNITED STATES, 366 U. S. 761. Petitions for rehearing denied. MR. JUSTICE FRANKFURTER took no part in the consideration or decision of these applications.

No. 200, October Term, 1960. LATHROP *v.* DONOHUE, 367 U. S. 820. Petition for rehearing and for other relief denied.

No. 236, October Term, 1960. MAPP *v.* OHIO, 367 U. S. 643. Motion of National District Attorneys' Association for leave to file brief, as *amicus curiae,* granted. Petition for rehearing denied.

No. 731, October Term, 1960. CARMINATI *v.* UNITED STATES, 366 U. S. 960. Motions to dispense with printing the petition for rehearing and for leave to supplement the petition for rehearing granted. Petition for rehearing denied.

No. 325, Misc., October Term, 1960. HORNBECK *v.* WILKINS, WARDEN, 365 U. S. 845;

No. 666, Misc., October Term, 1960. WALKER *v.* McGINNIS, COMMISSIONER, ET AL., 366 U. S. 966; and

No. 925, Misc., October Term, 1960. ADAMES *v.* UNITED STATES, 366 U. S. 939. Motions for leave to file petitions for rehearing denied.